IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHEILA R. DAWSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv997-CSC |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM OPINION AND ORDER**

On June 16, 2008, the defendant filed a motion to remand pursuant to sentence four of 42 U.S.C. § 405(g). *See* Doc. # 17. On June 19, 2008, the plaintiff filed a response in which she indicates she has no objection to the motion to remand. However, she asks the court to "impose on the defendant a reasonable time period to complete administrative review," and to extend the time to file a motion for attorney's fees.

Pursuant to 28 U.S.C. § 636(c)(1) and M.D. Ala. LR 73.1, the parties have consented to the United States Magistrate Judge conducting all proceedings in this case and ordering the entry of final judgment. Accordingly, it is

ORDERED as follows:

1. That the defendant's motion to remand (doc. # 17) be and is hereby GRANTED.

2. To the extent that the plaintiff moves for imposition of a time period to complete the administrative review, the motion be and is hereby DENIED.

3. The plaintiff's motion for an extension of time to file a motion for attorney's

fees be and is hereby DENIED.

The court will enter a separate final judgment.

Done this 23rd day of June 2008.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE