IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHEILA R. DAWSON,           ) | |
|         Plaintiff,           ) | |
| v.           ) | CIVIL ACTION NO. 2:07cv997-CSC |
| COMMISSIONER OF SOCIAL SECURITY,           ) | |
|         Defendant.           ) | |

**ORDER**

On August 29, 2008, plaintiff's counsel filed an application for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1). Upon consideration of the motion, it is

ORDERED that on or before September 17, 2008, the defendant shall show cause why the motion should not be granted.

Done this 2nd day of September, 2008.

                                          /s/Charles S. Coody
                                          CHARLES S. COODY
                                          UNITED STATES MAGISTRATE JUDGE